IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAREN LOPER, KAREN LAUGHRIDGE, and DEBBIE LEWIS,

    Plaintiff,

v.

ST. JOHN'S LUTHERAN SCHOOL, ST. JOHN'S EVANGELICAL LUTHERAN CHURCH OF NAPA, and DOES 1 through 10,

    Defendants.

_____/

No. C 13-02756 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 31, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    SETTLEMENT CONFERENCE. The parties are hereby REFERRED to Magistrate Judge Beeler for the purpose of engaging in a settlement conference, to take place, ideally, on or before February 28, 2014.

    2.    DISCOVERY.

1  On or before July 7, 2014, all non-expert discovery shall be completed by the parties.
2  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-
3  five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of
4  requests for production of documents or for inspection per party; and (d) a reasonable number of
5  requests for admission per party.

6      3.    DISCOVERY DISPUTES.

7  Discovery disputes will be referred to a Magistrate Judge. After the parties have met and
8  conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.
9  Up to 12 pages of attachments may be added. The joint letter must be electronically filed under
10 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
11 Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of
12 how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal
13 briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned,
14 all further discovery matters shall be filed pursuant to that Judge's procedures.

15     4.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall
16 proceed as follows:

17     A. On or before September 1, 2014, parties will designate experts in accordance with
18 Federal Rule of Civil Procedure 26(a)(2).

19     B. On or before September 15, 2014, parties will designate their supplemental and
20 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

21     C. On or before October 8, 2014, all discovery of expert witnesses pursuant to Federal
22 Rule of Civil Procedure 26(b)(4) shall be completed.

23     5.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
24 Management Conference shall be held on **July 10, 2014 at 10:00 a.m.** in Courtroom 3, 17th
25 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
26 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

CASE MANAGEMENT SCHEDULING ORDER

2

6. PRETRIAL MOTIONS. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than **August 14, 2014.**

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on **October 23, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE. A jury trial shall commence on **November 10, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: October 31, 2013

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER