**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAREN LOPER, KAREN LAUGHRIDGE, and DEBBIE LEWIS

              Plaintiffs,

    v.

ST. JOHN'S LUTHERAN SCHOOL, ST. JOHN'S EVANGELICAL LUTHERAN CHURCH OF NAPA, and DOES 1 through 10,

              Defendants.

_____/

No. C 13-02756 RS (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

    The parties have a settlement conference set for February 12, 2014.  The settlement statements omit the following information required by the court's order regarding the content of statements. *See* ECF No. 16.  The court orders that the information missing from Plaintiffs' settlement conference statement must be provided by noon on Thursday, February 6, 2014.  Counsel should email the information to the court's orders box at lbpo@cand.uscourts.gov.

    **Plaintiffs** did not make a settlement demand and must do so.

    **Defendants** must respond to Plaintiffs' demand by 5:00 p.m. on Thursday, February 6, 2014, and must simultaneously notify the court.

    **IT IS SO ORDERED.**

    Dated: February 5, 2014

_____
LAUREL BEELER
United States Magistrate Judge