| | |
|---|---|
| 1 | Jean K. Hyams, State Bar No. 144425 |
| 2 | Levy Vinick Burrell Hyams LLP<br>180 Grand Avenue, Suite 1300 |
| 3 | Oakland, CA 94612<br>Tel.: (510) 318-7700 |
| 4 | Fax: (510) 318-7701<br>E-Mail: jean@levyvinick.com |
| 5 | Rebecca G. Kagin, State Bar No. 249987 |
| 6 | Law Offices of Rebecca G. Kagin<br>6 C Street |
| 7 | Petaluma, CA 94952<br>Tel.: (707) 765-1111 |
| 8 | Fax: (707) 669-4457<br>E-Mail: rkagin@kaginlaw.com |
| 9 | Attorneys for Plaintiffs |

Michael Farbstein, State Bar No. 107030
Maggie Trinh, State Bar No. 279604
Farbstein & Blackman APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Tel.: (650) 554-6200
Fax: (650) 554-6240
maf@farbstein.com
mwt@farbstein.com

Attorneys for Defendants

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN LOPER, KAREN LAUGHRIDGE, and DEBBIE LEWIS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ST. JOHN'S LUTHERAN SCHOOL, ST. JOHN'S EVANGELICAL LUTHERAN CHURCH OF NAPA, and DOES 1 through 10,<br><br>　　Defendants. | Case No. C13-2756 RS<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL OF ACTION<br><br><br>Date:　April 24, 2014<br>Time:　1:30 p.m.<br>Dept.:　Courtroom 3, 17th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA |

IT IS HEREBY STIPULATED by and between Plaintiffs Karen Loper, Karen Laughridge and Debbie Lewis and Defendant St. John's Evangelical Lutheran Church of Napa

PAGE 1
CASE NO. C13-2756 RS
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION

through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATED: April 23, 2014        LEVY VINICK BURRELL HYAMS LLP

By:   /s/JEAN K. HYAMS
         JEAN K. HYAMS
Attorneys for Plaintiffs
KAREN LOPER, KAREN LAUGHRIDGE
and DEBBIE LEWIS

DATED: April 23, 2014        LAW OFFICES OF REBECCA G. KAGIN

By:   /s/REBECCA G. KAGIN
         REBECCA G. KAGIN
Co-Counsel for Plaintiffs
KAREN LOPER, KAREN LAUGHRIDGE
and DEBBIE LEWIS

DATED: April 23, 2014        FARBSTEIN & BLACKMAN APC

By:   /s/MICHAEL FARBSTEIN
         MICHAEL FARBSTEIN
         MAGGIE TRINH
Counsel for Defendant
ST. JOHN'S EVANGELICAL LUTHERAN
CHURCH OF HNAPA

ORDER

PURSUANT TO STIPULATION, the Court hereby ORDERS that this matter is dismissed with prejudice.

DATED: 4/23/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE